# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENJUAN DE ADAMS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. HEDGPETH (WARDEN),<br><br>　　　　　Respondent. | NO. CV 14-01464-VBF-FFM<br><br><br>RULE 58 JUDGMENT |

Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED:     April 9, 2014

*Valerie Baker Fairbank*

───────────────────────────
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE